# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD J. BURKE, an individual, DONALD W. BURKE, an individual, <br><br> Plaintiff <br><br> v. <br><br> PACIFIC WEST CONTRACTORS OF CALIFORNIA, INC., a Nevada corporation, et. al., <br><br> Defendants | Case No.: 3:19-cv-00687-MMD-WGC <br><br> **Order** <br><br> Re: ECF No. 8 |

The parties have filed a stipulation to extend the time for defendants Pacific West Contractors of California, Inc., Pacific West Contractors of Nevada, Integrated Design Build Solutions, Pacific West Operations, LLC, and Pacific West Operating Group, LLC, to respond to Plaintiffs' complaint. (ECF No. 8.) The stipulation is **approved**. These defendants have up to and including **January 10, 2020** to file their response to the complaint.

**IT IS SO ORDERED**.

Dated: December 20, 2019

William G. Cobb
United States Magistrate Judge