ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JEREMY B. CLARKE, ESQ.
Nevada Bar No. 13849
JClarke@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
*Attorneys for Plaintiffs Donald J. Burke
and Donald W. Burke*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD J. BURKE, an individual; and DONALD W. BURKE, an individual,<br><br>Plaintiffs<br><br>v.<br><br>PACIFIC WEST CONTRACTORS OF CALIFORNIA, INC., a Nevada Corporation; PACIFIC WEST CONTRACTORS OF NEVADA, a Nevada Limited Liability Company, INTEGRATED DESIGN BUILD SOLUTIONS, a Nevada Limited Liability Company, PACIFIC WEST SERVICE COMPANY, a Nevada Limited Liability Company, PACIFIC WEST COMPANIES, LLC, a Nevada Limited Liability Company; PACIFIC WEST OPERATIONS, LLC, a Nevada Limited Liability Company; and PACIFIC WEST OPERATING GROUP, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO.: 3:19-cv-00687-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO COMPEL AND MOTION TO STAY**<br>**[First Request]** |

1

Plaintiffs Donald J. Burke ("Burke Sr.") and Donald W. Burke ("Burke Jr.") (collectively, when possible, "Plaintiffs" or "the Burkes") and Defendants Pacific West Contractors of California, Inc., Pacific West Contractors of Nevada, LLC, Integrated Design Build Solutions, LLC, Pacific West Operations, LLC, and Pacific West Operating Group, LLC (collectively "Defendants") (collectively, at times, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the deadlines for Plaintiffs to Oppose Defendants' Motion to Compel [ECF No. 23] and Motion to Stay [ECF No. 24] shall be extended by a period of eleven (11) days, up to and including Monday, November 30, 2020. Accordingly, Defendants shall have up to and including December 7, 2020 to file their Replies in support of the motions.

This is the first request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay.

DATED this 18th day of November, 2020.

BY:   /s/Jeremy B. Clarke
    Anthony L. Hall, Esq.
    Jeremy B. Clarke, Esq.
    Simons Hall Johnston PC
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada 89509
    Tel: (775) 785-0088
    AHall@SHJNevada.com
    JClarke@SHJNevada.com

*Attorneys for Plaintiffs
Donald J. Burke and Donald W. Burke*

DATED this 18th day of November, 2020.

BY:    /s/ Arthur A. Zorio
    Arthur A. Zorio, Esq.
    Brownstein Hyatt Farber Schreck, LLP
    5371 Kietzke Lane
    Reno, Nevada 89511
    Tel: (775) 324-4100
    AZorio@BHFS.com

*Attorneys for Defendants Pacific West Contractors of California, Inc.; Pacific West Contractors of Nevada, LLC; Integrated Design Build Solutions, LLC; Pacific West Operations, LLC; and Pacific West Operating Group, LLC*

**IT IS SO ORDERED.**



UNITED STATES DISTRICT JUDGE

DATED:  November 18, 2020