Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
E-mail: AZorio@bhfs.com

*Attorneys for Defendants Pacific West Contractors of California, Inc.; Pacific West Contractors of Nevada, LLC; Integrated Design Build Solutions, LLC; Pacific West Operations, LLC; and Pacific West Operating Group, LLC*

Anthony L. Hall
Nevada Bar No. 5977
Jeremy B. Clarke
Nevada Bar No. 13849
SIMONS HALL JOHNSON PC
6490 S. McCarran Blvd., Suite F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
AHall@SHJNevada.com
JClarke@SHJNevada.com

*Attorneys for Plaintiffs
Donald J. Burke and Donald W. Burke*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD J. BURKE, an individual; and DONALD W. BURKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC WEST CONTRACTORS OF CALIFORNIA, INC., a Nevada corporation; PACIFIC WEST CONTRACTORS OF NEVADA, a Nevada Limited Liability Company; INTEGRATED DESIGN BUILD SOLUTIONS, a Nevada Limited Liability Company; PACIFIC WEST SERVICE COMPANY, a Nevada Limited Liability Company; PACIFIC WEST COMPANIES, LLC, a Nevada Limited Liability | Case No. 3:19-cv-00687-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Company; PACIFIC WEST OPERATIONS, LLC, a Nevada Limited Liability Company; and PACIFIC WEST OPERATING GROUP, LLC, a Nevada Limited Liability Company,

Defendants.

COME NOW Plaintiffs Donald J. Burke and Donald W. Burke ("Plaintiffs") and Defendants Pacific West Contractors of California, Inc.; Pacific West Contractors of Nevada, LLC; Integrated Design Build Solutions, LLC; Pacific West Operations, LLC; and Pacific West Operating Group, LLC ("Defendants") and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate and agree that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party to bear their own attorney's fees and costs.

DATED this 18th day of November, 2021.

BY: /s/ Jeremy B. Clarke
Anthony L. Hall, Esq.
Jeremy B. Clarke, Esq.
Simons Hall Johnston PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Tel: (775) 785-0088
AHall@SHJNevada.com
JClarke@SHJNevada.com

*Attorneys for Plaintiffs*
*Donald J. Burke and Donald W. Burke*

DATED this 18th day of November, 2021.

BY: /s/ Arthur A. Zorio
Arthur A. Zorio, Esq.
Brownstein Hyatt Farber Schreck, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 324-4100
AZorio@BHFS.com

*Attorneys for Defendants Pacific West Contractors of California, Inc.; Pacific West Contractors of Nevada, LLC; Integrated Design Build Solutions, LLC; Pacific West Operations, LLC; and Pacific West Operating Group, LLC*

**IT IS SO ORDERED.**

_____
The Hon. Miranda M. Du
United States District Judge

Dated: November 19, 2021

- 2 -

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of SIMONS HALL JOHNSTON PC, and on this 18th day of November, 2021, I served the document entitled, **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE**, on counsel of record through the CM/ECF system.

Dated: November 18, 2021

*/s/ Kiley P. Rasmussen*
Employee of Simons Hall Johnston